## STATE OF RHODE ISLAND

| | |
|---|---|
| **PROVIDENCE, S.C.** | **SUPERIOR COURT** |

**JOHNSON & WALES UNIVERSITY,**

*Plaintiff*,

v.

**AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,**

*Defendant*.

C.A. No.:  PC-2021-05585

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that defendant American Guarantee & Liability Insurance Company has removed the above-titled action from the Providence County Superior Court, Providence, Rhode Island to the United States District Court for the District of Rhode Island.  The Notice of Removal was filed in the United States District Court for the District of Rhode Island on September 21, 2021.

A copy of the Notice of Removal and supporting documents filed in the United States District Court for the District of Rhode Island is attached as **Exhibit A** to this Notice, has been served on plaintiff Johnson & Wales University, and is fully incorporated herein by this reference, thus effecting removal pursuant to 28 U.S.C. § 1446(d).  Accordingly, the Providence County Superior Court, Providence, Rhode Island may proceed no further unless and until the case is remanded.  *See* 28 U.S.C. § 1446(d).

Dated:  September 22, 2021								Respectfully submitted,

*//s/     Wm Maxwell Daley*
Daniel F. Sullivan (#8169)
Wm Maxwell Daley (# 9477)
**ROBINSON & COLE LLP**
One Financial Plaza, 14th Floor
Providence, RI 02903
Telephone:  (401) 709-3335
DSullivan@rc.com
WDaley@rc.com

**-and-**

Michael Menapace (*federal pro hac vice application forthcoming*)
Catherine Baiocchi (*federal pro hac vice application forthcoming*)
**WIGGIN AND DANA LLP**
20 Church Street, 16th Floor
Hartford, Connecticut 06103
Phone: 1 860 297 3700
Fax: 1 860 297 3799
MMenapace@wiggin.com
CBaiocchi@wiggin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2021:

**X**	I electronically filed this document through the electronic filing system.

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/   Wm Maxwell Daley*
Wm Maxwell Daley