AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHNSON & WALES UNIVERSITY<br>*Plaintiff*<br>v.<br>AMERICAN GUARANTEE & LIABILITY INSURANCE<br>*Defendant* | )<br>)<br>)  Case No. 21-00385<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Johnson & Wales University

Date: 09/22/2021

/s/ Joseph D. Whelan
*Attorney's signature*

Joseph D. Whelan (#5694)
*Printed name and bar number*
Whelan Corrente & Flanders LLP
100 Westminster Street, Suite 710
Providence, RI  02903

*Address*

jwhelan@whelancorrente.com
*E-mail address*

(401) 270-4500
*Telephone number*

(401) 270-3760
*FAX number*