AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF RHODE ISLAND ▾

| | |
|---|---|
| JOHNSON & WALES UNIVERSITY | ) |
| *Plaintiff* | ) |
| v. | ) |
| AMERICAN GUARANTEE & LIABILITY INSURANCE | ) |
| *Defendant* | ) |

Case No.   21-00385

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Johnson & Wales University

Date:     09/22/2021

/s/ Matthew H. Parker
*Attorney's signature*

Matthew H. Parker (#8111)
*Printed name and bar number*
Whelan Corrente & Flanders LLP
100 Westminster Street, Suite 710
Providence, RI  02903

*Address*

mparker@whelancorrente.com
*E-mail address*

(401) 270-4500
*Telephone number*

(401) 270-3760
*FAX number*