# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHNSON & WALES UNIVERSITY<br>      Plaintiff<br><br>v.<br><br>AMERICAN GUARANTEE & LIABILITY<br>INSURANCE COMPANY<br>      Defendant | C.A. No. 1:21-cv-00385-WES-PAS |

## PLAINTIFF JOHNSON & WALES UNIVERSITY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiff Johnson & Wales University states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

JOHNSON & WALES UNIVERSITY

By its Attorneys,

/s/ *Matthew H. Parker*
Joseph D. Whelan (5694)
Matthew H. Parker (8111)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI  02903
Tel. (401) 270-4500
Fax. (401-270-3760
jwhelan@whelancorrente.com
mparker@whelancorrente.com

Dated:  September 23, 2021

WC63789