UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHNSON & WALES UNIVERSITY, | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | C.A. No.: 1:21-CV-00385 |
| | : | |
| AMERICAN GUARANTEE & LIABILITY INSURANCE | : | |
|    *Defendants*, | : | |

## NOTICE OF APPEARANCE

William Maxwell Daley, Esq. hereby enters his appearance as counsel on behalf of Defendant, AMERICAN GUARANTEE & LIABILITY INSURANCE in the above-captioned action.

        Respectfully submitted,

        AMERICAN GUARANTEE &
        LIABILITY INSURANCE

        By */s/ William Maxwell Daley*
           William Maxwell Daley, Esq. (#9477)
           Robinson & Cole LLP
           One Financial Plaza, 14th Floor
           Providence, RI 02903
           Tel. No.: (401) 709-3335
           Fax No.: (4014) 709-3399

September 23, 2021
           E-mail: wdaley@rc.com

## CERTIFICATION

I hereby certify that on the 23rd day of September, 2021, I have caused the within Notice of Appearance to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those not receiving electronic notice.

*/s/ William Maxwell Daley*
William Maxwell Daley, Esq.