## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Johnson & Wales University
Plaintiff,
v.                                                      Case No.: 1:21−cv−00385−JJM−PAS

American Guarantee & Liability Insurance
Company
Defendant.

### **ORDER OF RECUSAL**

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

September 24, 2021                                By the Court:

                                                                 /s/ William E. Smith
                                                                 United States District Judge