## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOHNSON & WALES UNIVERSITY,**<br><br>    *Plaintiff*,<br><br>    **v.**<br><br>**AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,**<br><br>    *Defendant*. | Case No. 1:21-cv-00385<br><br>**STIPULATION** |

### **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Johnson & Wales University ("Plaintiff") and American Guarantee & Liability Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1. On August 27, 2021, Plaintiff filed a Complaint in the Providence County Superior Court in Providence, Rhode Island.

2. AGLIC timely removed the action to this Court on September 22, 2021.

3. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), AGLIC's response to the Complaint would be due on September 29, 2021.

4. After conferring, counsel for the parties hereby agree to extend the deadline for AGLIC to respond to the Complaint to October 20, 2021.

IT IS SO STIPULATED.

Dated: September 28, 2021

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
|   |   |
|  /s/ Matthew H. Parker    | /s/   Wm Maxwell Daley    |
| Joseph D. Whelan (#5694) | Daniel F. Sullivan (#8169) |
| Matthew H. Parker (#8111) | Wm Maxwell Daley (#9477) |
| WHELAN CORRENTE & FLANDERS LLP | **ROBINSON & COLE LLP** |
| 100 Westminster Street, Suite 710 | One Financial Plaza, 14th Floor |
| Providence, RI 02903 | Providence, RI 02903 |
| Telephone: (401) 270-4500 | Telephone: (401) 709-3335 |
| Facsimile: (401) 270-3760 | Email: DSullivan@rc.com |
| jwhelan@whelancorrente.com | Email: WDaley@rc.com |
| mparker@whelancorrente.com | |
| | Michael Menapace (*pro hac vice application forthcoming*) |
| Kirk Pasich (*Pro Hac Vice*) | Catherine Baiocchi (*pro hac vice application forthcoming*) |
| PASICH LLP | **WIGGIN AND DANA LLP** |
| 10880 Wilshire Boulevard, Suite 2000 | 20 Church Street, 16th Floor |
| Los Angeles, CA 90024 | Hartford, Connecticut 06103 |
| Telephone: (424) 313-7850 | Phone: 1 860 297 3700 |
| Facsimile: (424) 313-7890 | Fax: 1 860 297 3799 |
| KPasich@PasichLLP.com | MMenapace@wiggin.com |
| | CBaiocchi@wiggin.com |
| Peter Halprin (*Pro Hac Vice*) | |
| PASICH LLP | *Attorneys for Defendant American Guarantee & Liability Insurance Company* |
| 757 Third Avenue, 20th Floor | |
| New York, NY 10017 | |
| Telephone: (212) 686-5000 | |
| Facsimile: (424) 313-7890 | |
| PHalprin@PasichLLP.com | |

*Counsel for Plaintiff*